United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHANIE M. MICHAEL, *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-09695 |
| | § | |
| FRANK J BISIGNANO, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on November 5, 2026. Doc. #7. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, *pro se* Plaintiff Stephanie M. Michael's ("Plaintiff") Emergency Motion for Temporary Restraining Order (Doc. #4) is DENIED. The Court will address Plaintiff's request for a preliminary injunction once Defendants have been served and given the opportunity to respond.

It is so ORDERED.

NOV 24 2026

Date

The Honorable Alfred H. Bennett
United States District Judge